IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>JUAN MANUEL CARDENAS-<br>MIRELES,<br><br>        Defendant. | No. 1:10-cr-02470-PJK-1 |

ORDER

THIS MATTER comes on for consideration of Defendant's July 7, 2014 letter-request to reduce or modify his sentence.  Doc. 70.  Defendant pleaded guilty to re-entry of a removed alien and was sentenced to 96 months' imprisonment.  The sentence was affirmed on appeal.  United States v. Cardenas-Mireles, 446 F. App'x 991 (10th Cir. 2011).  The Supreme Court denied certiorari on April 23, 2012.  Cardenas-Mireles v. Untied States, 132 S. Ct. 1987 (2012).

The letter-request is not well taken and should be denied.  Any § 2255 motion appears to be time-barred, 28 U.S.C. § 2255(f), and this case does not involve substantial assistance which might warrant a reduction, Fed. R. Crim. P. 35(b), a subsequently-reduced sentencing range, 18 U.S.C. § 3582(c)(2), or a motion from the Director of the Bureau of Prisons under 18 U.S.C. § 3582(c)(1).  The letter-request to reduce or modify Defendant's sentence is denied.

IT IS SO ORDERED.

DATED this 22nd day of August 2014, at Santa Fe, New Mexico.

                                                /s/ Paul Kelly, Jr.
                                                United States Circuit Judge
                                                Sitting by Designation